**CODELL CONSTRUCTION COMPANY, Movant, v. HARKLESS SLONE, Opposed.**

Court of Appeals of Kentucky.

Jan. 22, 1946.

Kit C. Elswick and D. L. Pendleton for movant.

C. F. See, Jr., opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.